William G. Myers III (ISB #5598)
Alison C. Hunter (ISB #8997)
HOLLAND & HART, LLP
800 W. Main Street, Suite 1750
P.O. Box 2527
Boise, ID 83701-2527
(208) 342-5000
wmyers@hollandhart.com
achunter@hollandhart.com

*Attorneys for Proposed Intervenor-Defendants Utah Department of Agriculture and Food and State of Utah School and Institutional Trust Lands Administration*

Kathy A.F. Davis (UT Bar 4022)
(*pro hac vice* application pending)
Anthony L. Rampton (UT Bar 2681)
(*pro hac vice* application pending)
UTAH ATTORNEY GENERAL'S OFFICE
5110 State Office Building
Salt Lake City, UT 84114
(801) 537-9045
kathydavis@agutah.gov
arampton@agutah.gov

*Attorneys for Proposed Intervenor-Defendants State of Utah, Utah Department of Agriculture and Food, and State of Utah School and Institutional Trust Lands Administration*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT,<br><br>    Plaintiff,<br><br>v.<br><br>INTERIOR BOARD OF LAND APPEALS and U.S. DEPARTMENT OF THE INTERIOR,<br><br>    Defendants, and<br><br>STATE OF UTAH, UTAH DEPARTMENT OF AGRICULTURE AND FOOD, and STATE OF UTAH SCHOOL AND INSTITUTIONAL TRUST LANDS ADMINISTRATION.<br><br>    [Proposed] Intervenor-Defendants. | No. 1:19-cv-00037-BLW<br><br>**DECLARATION OF TAYLOR PAYNE** |

I, Taylor Payne, declare as follows:

    1. I am the Northwest Region Coordinator for the Utah Grazing Improvement Program, a program within the State of Utah's Department of Agriculture and Food.

DECLARATION OF TAYLOR PAYNE - 1

**Exhibit A**

2. I have a Bachelor of Science in Animal Science from Utah State University and a Master of Science in Range Science from Utah State University.

3. From approximately 2007 until 2009, I worked in Rich County, Utah for the Utah Association of Conservation District.

4. I have been employed by the Utah Grazing Improvement Program since July 2009.

5. I have worked in the Rich County, Utah, and the surrounding area for the majority of my career with the Utah Grazing Improvement Program.

6. As Northwest Region Coordinator for the Utah Grazing Improvement Program, I work to implement livestock grazing improvements on federal, state, and private lands and have specifically implemented improvements on the Duck Creek Allotment.

7. I visit the Duck Creek Allotment about 10-12 days per year and am familiar with the rotational grazing system on the Duck Creek Allotment authorized in the Duck Creek Final Decision.

8. Due to my career in the Utah Grazing Improvement Program, I have become very familiar with the vegetation, livestock grazing practices, rangeland improvements, and riparian areas of the Duck Creek Allotment.

9. I am familiar with the practice of rotational livestock grazing on the Duck Creek Allotments, as well as other rotational grazing systems in the surrounding area.

10. I am an active participant and current board member of the Rich County Coordinated Resource Management (CRM) group that initially proposed the current grazing system on the Duck Creek Allotment with help from partners including federal and state employees, Rich County commissioners, private land owners, and interested public participants.

DECLARATION OF TAYLOR PAYNE - 2

11. The Duck Creek Allotment is located wholly within Rich County, Utah.

12. The Duck Creek Allotment consists of 22,785 acres of land, including 13,090 acres of federal land, 1,078 acres of Utah state land, and 8,61_7 acres of private land.

13. The 1,078 acres of State land are managed by the State's School and Institutional Trust Land Administration (SITLA) for the benefit of the State's schools.

14. State lands within the Duck Creek Allotment have current exchange-of-use agreements issued by the Salt Lake Field Office to BLM grazing permittees who graze livestock on those lands in accordance with 43 CFR §4130.6-1.

15. The Duck Creek Allotment also includes private lands managed under exchange-of-use agreements issued by the BLM Salt Lake Field Office to BLM grazing permit holders.

16. The rotational grazing system authorized by the BLM's Duck Creek Final Decision includes federal lands, State lands, and private lands.

17. The rotational grazing system currently implemented in the Duck Creek Allotment provides important benefits to wildlife, livestock, and riparian areas.

18. Successful rotational grazing systems, such as the rotational grazing system currently implemented in the Duck Creek Allotment, depend on large areas of land where livestock can frequently move to new pastures after short periods of distributed grazing use.

19. The rotational grazing system within the Duck Creek Allotment depends on the combined use of the federal, state, and private lands within its boundaries to successfully accomplish the objectives of the approved prescribed grazing system.


20. A rotational grazing system on the 1,078 acres of state lands with the Duck Creek Allotment would likely not be successful if not done in conjunction with the surrounding federal lands within the same allotment.

21. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on May 3, 2019.

*Taylor Payne*
TAYLOR PAYNE

DECLARATION OF TAYLOR PAYNE - 4